David BURNET, Commissioner, etc., Petitioner, v. Glenn M. AVERILL.

No. 9302.

Circuit Court of Appeals, Eighth Circuit.
Sept. 11, 1931.

G. A. Youngquist, Asst. Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Calvin Clarke, of Portsmouth, Ohio, for respondent.

PER CURIAM.

Petition to review docketed and dismissed, without costs to either party in this court, on motion of petitioner and consent of respondent.

CAMDEN COUNTY, MO., etc., et al., Appellants, v. UNION ELECTRIC LIGHT AND POWER CO.

No. 9289.

Circuit Court of Appeals, Eighth Circuit.
Aug. 17, 1931.

See, also, 42 F.(2d) 692.

M. M. Moulder, of Linn Creek, Mo., and Sid C. Roach and Charles E. Morrow, both of St. Louis, Mo., for appellants.

Theodore Rassieur, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, with costs, on motion of appellee and stipulation of parties.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. PITZMAN'S COMPANY OF SURVEYORS AND ENGINEERS.

No. 9338.

Circuit Court of Appeals, Eighth Circuit.
Nov. 2, 1931.

G. A. Youngquist, Asst. Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Stanley S. Waite and A. Lowenhaupt, both of St. Louis, Mo., for respondent.

PER CURIAM.

Petition to review decision of Board of Tax Appeals docketed and dismissed, without costs to either party in this court, on motion of petitioner and consent of respondent.

William Maxwell CONLEY v. COMMISSIONER OF INTERNAL REVENUE.

Frederick William DOCKER v. COMMISSIONER OF INTERNAL REVENUE.

Carl Elmer LINDSAY v. COMMISSIONER OF INTERNAL REVENUE.

No. 6689.

Circuit Court of Appeals, Ninth Circuit.
Dec. 14, 1931.

Before WILBUR and SAWTELLE, Circuit Judges, and JAMES, District Judge.

PER CURIAM.

Pursuant to motion of counsel for respondent, ordered petitions to review in the above cause dismissed for failure of petitioners to file record and docket cause; mandates forthwith.